**No. 67893.**—Brunn & Bertheim *v.* United States, protest 60/2897 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of visca trees similar in all material respects to those the subject of Abstract 67266, except that the merchandise herein is in chief value of rayon, the claim of the plaintiff was sustained.